RIDGE HOLDING CORPORATION, Respondent, v. ASHTON HALL CORPORATION, Appellant, and Others, Defendants.— Motion for stay granted upon condition that within five days from service of a copy of the order herein appellant file an undertaking, with corporate surety, in the sum of $5,000, to account for all rents

collected, and upon the further condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.